## IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE BETASHTO; AND KEOLIS TRANSIT SERVICES, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ADRIANA ESCOBAR, DISTRICT JUDGE,
Respondents,
and
ARLA JEAN MURCH,
Real Party in Interest.

No. 75942

FILED

JUL 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This original petition for a writ of prohibition challenges the district court's order denying a motion to dismiss a civil action on the ground that the amount in controversy is below the district court's jurisdictional limit. We decline to exercise our discretion to consider the petition because the legal issue raised was not well-developed therein or in the motion papers filed in district court. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that issuance of writ of prohibition is discretionary). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Adriana Escobar, District Judge
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Richard Harris Law Firm
Eighth District Court Clerk